# IN THE UNITED STATES DISTRICT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-00551 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIE R. DAVIDSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The Report and Recommendation of Magistrate Judge Parker was filed in this case on October 30, 2019 at doc. #18 recommending that the above named defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

The Court hereby adopts the Report and Recommendation of the Magistrate Judge and accepts the defendant's plea of guilty and enters a finding of guilty.

**IT IS SO ORDERED.**


Dated: February 5, 2020        s/        *James S. Gwin*
                               JAMES S. GWIN
                               UNITED STATES DISTRICT JUDGE